USDC SCAN INDEX SHEET







USA

SUSSMAN

BAR    11/19/97    13:34
3:94-CR-01444
*128*
*CRPRB.*

Prob 12
(Rev. 3/95)

**United States District Court**
for
**The Southern District of California**

U.S.A. vs. _Robert Alan Sussman_ (English)    Docket No. _94-01444-001-IEG_

Attorney of Record: _Mark Fleming, Federal Defenders, Inc._ (appointed) (619) 234-8501

FILED NOV 19 1997 CLERK, U.S. DISTRICT SOUTHERN DISTRICT OF CALIFORNIA BY: ____ DEPUTY

### Petition on Supervised Release

COMES NOW _MARTHA J. CROCKETT_, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of _Robert Alan Sussman_, who was placed on supervision by the Honorable _Irma E. Gonzalez_, sitting in the court at _San Diego, CA_, on the _27th_ day of _November_ 19_95_, who fixed the period of supervision at _three (3) years_, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: That he provide complete disclosure of personal and business financial records to the probation officer as requested; that he submit to the search of his person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the probation officer; that he report all vehicles owned, operated, or in which he has an interest to the probation officer; and that he resolve any bench warrants within 90 days.

**Supervision commenced on:** 6-23-95 (7-28-97: Supervision modified to include the following additional conditions: That he test no more than twice per month with 24 hours prior notice; that he seek and maintain employment within 30 days; and that he be allowed to travel within the Central and Southern Districts of California.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On March 6, 1997, Mr. Sussman battered his co-habitant, as evidence by the criminal Complaint in San Diego Municipal Court, Case No. M738579DV.
2. On March 6, 1997, Mr. Sussman falsely imprisoned his co-habitant, as evidence by the criminal Complaint in San Diego Municipal Court, Case No. M738579DV.
3. On March 6, 1997, Mr. Sussman intimidated a witness and/or victim, to wit: his co-habitant, as evidence by the criminal Complaint in San Diego Municipal Court, Case No. M738579DV.
4. On September 16 and 19, 1997 Mr. Sussman provided urine samples at the U.S. Probation Office which tested positive for cocaine metabolite.
5. On or about October 22, 1997, Mr. Sussman battered his co-habitant, as evidence by the criminal Complaint in San Diego Municipal Court Case No. M746484DV.
6. On or about October 22, 1997, Mr. Sussman threatened his co-habitant, as evidenced by the criminal Complaint in San Diego Municipal Court, Case No. M746484DV.
7. On or about October 22, 1997, Mr. Sussman made telephone calls with intent to annoy, as evidence by the criminal Complaint in San Diego Municipal Court, Case No. M746484DV.

**PRAYING THAT THE COURT WILL ORDER A BENCH WARRANT BE ISSUED AND THE OFFENDER HELD IN CUSTODY WITHOUT BAIL (CURRENTLY BEING DETAINED AT SAN DIEGO COUNTY JAIL UNDER BOOKING NO. 97-173390)**

ORDER OF COURT

Considered and ordered this _18th_ day of _Nov._, 19_97_ and ordered filed and made a part of the records in the above case.

_/s/ Irma E. Gonzalez_
The Honorable Irma E. Gonzalez
U.S. District Judge

Respectfully submitted,

_/s/ Ann P. Killian_
Ann P. Killian (619) 557-7305
U.S. Probation Officer

Place: _San Diego, CA_    Date: _November 12, 1997_

/apk/sew

128